UNITED STATES of America, Defendant-Appellee.

No. 221, Docket 23397.

United States Court of Appeals,
Second Circuit.

Argued March 15, 1955.

Decided March 30, 1955.

In the Matter of TEMPLE OF MUSIC, Inc., Bankrupt.

Mortimer J. Davis, Trustee-Appellant,

Estate of Herman S. Busloff, Claimant-Appellee.

No. 176, Docket 23375.

United States Court of Appeals,
Second Circuit.

Submitted March 7, 1955.

Decided March 29, 1955.

Max Schwartz, Brooklyn, N. Y. (William J. Rudin, Brooklyn, New York, on the brief), for trustee-appellant.

Louis P. Rosenberg, Brooklyn, N. Y., for claimant-appellee.

Before MEDINA and HINCKS, Circuit Judges, and BURKE, District Judge.

PER CURIAM.

Affirmed on the opinion of Judge Galston, D.C.E.D.N.Y.1953, 114 F.Supp. 759.
del, Judge.